In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00235-CR
_____

IN RE JAMES LEE WILLIAMS

_____

Original Proceeding
Criminal District Court of Jefferson County, Texas
Trial Cause No. 11-13092
_____

**MEMORANDUM OPINION**

Relator James Lee Williams filed a petition for a writ of mandamus, in which

he asks this Court to compel the district clerk to forward him a copy of the record

that was prepared for an appeal that has been finally decided. *See Williams v. State*,

No. 09-13-00489-CR, 2014 WL 5409049, at *1 (Tex. App.—Beaumont Oct. 22,

2014, no pet.) (mem. op., not designated for publication).

Except in a case in which we are enforcing our jurisdiction, the district clerk

is not a person against whom we may issue a writ of mandamus. *See* Tex. Gov't

Code Ann. § 22.221(a), (b) (West Supp. 2017); *In re Pennington*, No. 09-08-370

1

CV, 2008 WL 4425521, at *1 (Tex. App.—Beaumont Oct. 2, 2008, orig. proceeding) (mem. op.). Based on the facts alleged in the mandamus petition, Williams has not shown that issuing a writ against the district clerk is necessary to enforce our jurisdiction. Accordingly, Williams is not entitled to the relief sought. We deny the petition for a writ of mandamus. *See* Tex. R. App. P. 52.8(a).

PETITION DENIED.

PER CURIAM

Submitted on July 10, 2018
Opinion Delivered July 11, 2018
Do Not Publish

Before Kreger, Horton, and Johnson, JJ.